LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 10-8747 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| ANGELA A. VIZCAYA, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Angela A. Vizcaya, in the principal amount of $4,199.69 plus interest accrued to November 12, 2010, in the sum of $5,277.65; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$9,477.34**.

DATED: 12/15/2010        By: TERRY NAFISI
                             Clerk of the Court

                             *Linda* (signature)
                             Deputy Clerk
                             United States District Court

Page 5